George Holland, Jr., SB# 216735
Holland Law Firm
1970 Broadway Suite 1030
Oakland, CA 94612

Telephone: (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| IN RE: | Case No.: 10-42584 |
|---|---|
| | Chapter: 13 |
| RHONDA HALEY | **APPLICATION TO EXTEND TIME FOR SUBMITTING INCOMPLETE FILINGS PERTAINING TO CHAPTER 13 BANKRUPTCY PETITON** |
| Debtor. | |

The Debtor, by and through Counsel of Record, now applies to the Court for an Order Extending the Time within which to submit incomplete filings, and hereby represents:

1. This Chapter 13 bankruptcy was filed on **March 10, 2010**.
2. The deadline to submit the incomplete documents is **March 24, 2010**.
3. This office will require additional time to allow Debtor to obtain required documents, which Debtor has failed to produce timely.
4. Once Debtor produces the documents, this office will require time to adequately review the documents prior to submission.

1     For the foregoing reasons, Debtor and Counsel respectfully request that the Court enter the
2 order granting Debtor until **April 12, 2010,** in which to submit incomplete filings.
3
4 Dated:        March 24, 2010
5
6                                                                  Respectfully Submitted,
7
8                                                                   /s/ George Holland, Esq.
9                                                                   George Holland, Esq.
                                                                  Attorney for Debtor

# COURT SERVICE LIST

(No manual recipients)