George Holland, Jr., SB# 216735
Holland Law Firm
1970 Broadway Suite 1030
Oakland, CA 94612
Telephone: (510) 465-4100
Fax: (510) 465-4747
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

IN RE:

RHONDA HAILEY

Debtor.

Case No.: 10-42584
Chapter: 13

**ORDER EXTENDING TIME FOR SUBMITTING INCOMPLETE FILINGS PERTAINING TO CHAPTER 13 BANKRUPTCY PETITON UNTIL AND INCLUDING APRIL 12, 2010**

The Court, having considered the Debtor's Application for an extension of time within which to submit incomplete filings pertaining to Debtor's Chapter 13 Bankruptcy Petition, and for good cause shown therein, now ORDERS that the Debtor's Application is GRANTED, and the Debtor's time to submit incomplete filings on or before April 12, 2010, is approved.

IT IS SO ORDERED.

UNITED STATES BANKRUPTCY JUDGE

**END OF ORDER**

# COURT SERVICE LIST

(No manual recipients)