Entered on Docket
April 16, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: April 15, 2010

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:  Case Number: 10-42584-RN

RHONDA HALEY  Chapter: 13

Debtor(s).

**ORDER OF DISMISSAL**

Debtor(s) having failed to comply with this Court's order dated, **March 10, 2010**, and no objections having been filed,

THIS CASE IS HEREBY **DISMISSED.**

\*\***END OF ORDER**\*\*

**COURT SERVICE LIST**

All Recipients